1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                          Plaintiff,

          v.

CODY SETH CRAWFORD,

                          Defendant.

Case No. MJ20-386-MLP

DETENTION ORDER

Offenses charged:

          Count 1:          Supervised Release Violation

Date of Detention Hearing: On June 29, 2020, the Court held a hearing via a WebEx

videoconference, with the consent of Defendant Crawford, due to the exigent circumstances as

outlined in General Order 08-20.

          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

          1.          Upon advice of counsel, Defendant declined to be interviewed by Pretrial

                      Services. Therefore, there is limited information available about him.

          2.          Defendant stipulated to detention.

DETENTION ORDER - 1

3.    Defendant poses a risk of nonappearance due to a history of committing new offenses and non-compliance while on terms of supervision, mental health issues, possible substance use problems, and an active warrant. Defendant poses a risk of danger due to the nature of the alleged violations and the underlying offense, mental health history, and possible substance abuse problems. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure the appearance of Defendant as required or ensure the safety of the community, pending his initial appearance in the District of Oregon.

IT IS THEREFORE ORDERED:

(1)    Defendant shall be detained pending initial appearance in the District of Oregon, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

1    DATED this 30th day of June, 2020.

2

3

4                      MICHELLE L. PETERSON

5                      United States Magistrate Judge

DETENTION ORDER - 3